IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NCO FINANCIAL SYSTEMS, INC.         *

    Plaintiff,                    *

v.                                  * CIVIL ACTION NO.   11-1020-GLR

MONTGOMERY PARK, LLC,               *

    Defendant.                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AMENDED SCHEDULING ORDER

Upon the joint request and consent of the parties, the following Amended Scheduling Order is entered pursuant to Local Rule 103.9.

### DEADLINES

| | |
|---|---|
| June 1, 2012 | Deadline for requests for modification of initial Scheduling Order |
| June 1, 2012 | Joint request for early settlement/ADR conference (This request will not postpone discovery unless otherwise ordered.) |
| June 1, 2012: | Report about deposition hours |
| June 1, 2012 | Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge |
| June 1, 2012: | Deadline for conference about discovery of electronically stored information. (If either or both parties intend to take such discovery, before the conference counsel should review the Suggested Protocol for Discovery of Electronically Stored Information prepared by a Joint bench/bar committee published on the court's website.) |
| July 2, 2012 | Moving for joinder of additional parties and amendment of pleadings |

| | |
|---|---|
| August 31, 2012 | Plaintiff's Rule 26(a)(2) disclosure |
| October 1, 2012 | Defendant's Rule 26(a)(2) disclosure |
| October 15, 2012 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| October 22, 2012 | Rule 26(e)(2) supplementation of disclosures and responses |
| November 15, 2012 | Discovery deadline; submission of status report |
| November 26, 2012 | Requests for admission |
| December 17, 2012 | Dispositive pretrial motions deadline |

ALL PREVIOUSLY ISSUED COURT ORDERS AND MEMORANDA REMAIN IN FULL FORCE AND EFFECT.

June __1__, 2012

/s/
_____
George Levi Russell, III
United States District Judge